| PROB 22 [EDTN51] (1/98) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 4:09-CR-37-005 |
| | DOCKET NUMBER *(Rec. Court)* |
| | *3:12-00103-03* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Bradley Aydelott | Eastern District of Tennessee | Chattanooga |
| | NAME OF PRESIDING JUDGE<br>Honorable Harry S. Mattice, Jr.,<br>United States District Judge | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>02/01/2012 | TO<br>01/31/2015 |
|---|---|---|---|

OFFENSE

Fraud; Title 18 U.S.C. § 1341, Class C Felony &
Conspiracy to Commit Money Laundering; Title 18 U.S.C. §§ 1956(h) and 1957, Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE - Chattanooga**

IT IS HEREBY ORDERED that pursuant to Title 18, U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **MIDDLE DISTRICT OF TENNESSEE - Nashville,** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 4/2/2012 | ~~Harry S. Mattice.~~ |
|---|---|
| _Date_ | Honorable Harry S. Mattice, Jr.<br>_United States District Judge_ |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF TENNESSEE- Nashville**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 6-6-12 | |
|---|---|
| _Effective Date_ | _United States District Judge_ |